IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY FURTWANGLER,<br><br>               Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>               Defendant. | 4:11CV3205<br><br>ORDER OF DISMISSAL |

      Counsel for the parties have filed a Joint Stipulation for Dismissal With Prejudice and Judgment, ECF No. 43.

      IT IS ORDERED that the Joint Stipulation for Dismissal With Prejudice and Judgment, ECF No. 43, is adopted and this action is dismissed with prejudice, each party to pay his or its own costs.

      Dated October 31, 2012.

                                          BY THE COURT:

                                          _____
                                          Warren K. Urbom
                                          United States Senior District Judge